

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

|  |  |  |
|---|---|---|
| CRUZ ELENA GUERRA, | § | No. 08-16-00302-CV |
| | § | |
| APPELLANT | § | Appeal from the |
| | § | |
| V. | § | 210th District Court |
| | § | |
| OSCAR R. QUEZADA, M.D. AND | § | of El Paso County, Texas |
| EL PASO HEALTHCARE SYSTEM, | § | |
| LTD. D/B/A DEL SOL MEDICAL | § | (TC# 2014-DCV1504) |
| CENTER, | § | |
| | § | |
| APPELLEES | § | |

## MEMORANDUM OPINION

Pending before the Court is Appellant's motion to dismiss the appeal. *See* TEX.R.APP.P. 42.1(a)(1). Appellees have not filed any response or objection to the motion. We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d).


January 27, 2017

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.